**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

GARY FISHBECK,

      Plaintiff,

      v.

CLEAR BLUE INSURANCE
COMPANY,

      Defendant.

Case No. 6:24-cv-811-GAP-RMN

## ORDER TO SHOW CAUSE

This cause comes before the Court upon a duly scheduled and noticed hearing on November 6, 2024. *See* Dkt. 55 (notice of hearing dated October 28, 2024). Counsel for Plaintiff failed to appear. *See* Dkt. 57.

Accordingly, it is **ORDERED**:

1.     Plaintiff shall **SHOW CAUSE** why he and his counsel should not be sanctioned for failure to appear at the scheduled hearing. On or before November 8, 2024, Plaintiff shall respond in writing of no more than 5 pages;

2.     A hearing on this Show Cause Order will be set via separate notice. Plaintiff and Plaintiff's counsel shall appear in person at the hearing; and

- 2 -

3.      Failure to comply with the requirements of this Order may result in the imposition of sanctions against Plaintiff, his counsel, or both, including (but not limited to) recommendation of dismissal of Plaintiff's claims.

**DONE** and **ORDERED** in Orlando, Florida, on November 6, 2024.

ROBERT M. NORWAY
*United States Magistrate Judge*

Copies furnished to:

Counsel of Record